District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| XICHENG WANG, | Case No. 2:24-cv-00693-TL |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | Noted for Consideration: July 9, 2024 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-829, Petition by Investor to Remove Conditions on Permanent Residence Status. USCIS has adjudicated the Form I-929 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00693-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 9th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | CASCADIA CROSS-BORDER LAW |
| TESSA M. GORMAN<br>United States Attorney | *s/ Greg Boos*<br>GREG BOOS, WSBA #8331<br>1305 11th Street, Suite 301<br>Bellingham, Washington 98225<br>Phone: (360) 671-5945<br>Email: gdboos@cascadia.com |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826 | |
| (253) 428-38<br>Email: michelle.lambert@usdoj.gov | LAWLER & LAWLER<br><br>*s/ Martin J. Lawler*<br>MARTIN J. LAWLER,* CA Bar #77127<br>2956 Sentiment Lane<br>Greenwood, Indiana 46143<br>Phone: (415) 391-2010<br>Email: mlawler@aboutvisas.com<br>*PHV |
| *Attorneys for Defendants* | |
| ***I certify that this memorandum contains 78 words, in compliance with the Local Civil Rules.*** | *Attorneys for Plaintiff* |

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00693-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 9th day of July, 2024.

*Tana Lin*
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00693-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800